**Order entered November 1, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01292-CR

### EX PARTE CARLOS CALDERON

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. WX18-90064-L**

## ORDER

Before the Court is appellant's October 29, 2018 motion to transfer the reporter's record and the clerk's record from appellant's previous appeal. In his motion, appellant represents that the record from his previous appeal will be relevant to his current habeas appeal.

We **GRANT** appellant's motion.

We **DIRECT** the Clerk to transfer into cause no. 05-18-01292-CR copies of the reporter's record and the clerk's record filed with the Clerk on October 31, 2017 and December 13, 2017 in cause no. 05-17-00916-CR styled *Carlos Calderon v. State*.

/s/    LANA MYERS
        JUSTICE